**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GENARO LAMBIASE,

    Plaintiff,

v.                                           Case No: 8:15-cv-2009-T-30TBM

DPT KENNEDY INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Joint Report Regarding Resolution and Stipulated Voluntary Dismissal With Prejudice (Dkt. #19).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of April, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record